BEFORE THE SECOND DIVISION, JUNE 10, 1954

**No. 58172.**—Voss Cutlery Co., Inc., et al. *v.* United States, protests 1723 03–K etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of scissor blades similar in all material respects to those the subject of *Voss Cutlery Co., Inc.* v. *United States* (30 Cust. Ct. 94, C. D. 1502), the claim of the plaintiffs was sustained.